UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
JOSHUA TILLINGHAST,                )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   C.A. No. 13-797 S
                                   )
C/O SOUSA, et al.,                 )
                                   )
        Defendant.                 )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

   On March 12, 2014, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation (ECF No. 3) recommending that this Court dismiss the above-captioned matter with prejudice. No objections to the Report and Recommendation were filed. Because this Court agrees with Judge Almond's analysis, it hereby accepts the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date:  May 29, 2014